IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Laurel Road Homeowners Association, Inc., | : | |
| Appellant | : | |
| | : | |
| v. | : | No. 960 C.D. 2017 |
| | : | |
| William E. Freas and Nancy Freas | : | |
| | | |
| Laurel Road Homeowners Association, Inc. | : | |
| | : | |
| | : | |
| v. | : | No. 961 C.D. 2017 |
| | : | |
| William E. Freas and Nancy Freas, | : | |
| Appellants | : | |

# **O R D E R**

NOW, September 6, 2018, having considered designated appellant's application for reargument/reconsideration and appellees' answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge